```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  IMRAN AHMED MIR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-CR-141 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| v. | ) TIME |
| IMRAN AHMED MIR, | ) |
| | ) Date: May 8, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: John A. Mendez |

IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, counsel for the plaintiff, and Douglas Beevers, Assistant Federal Defender, attorney for defendant IMRAN MIR, that the status conference set for April 17, 2012 be vacated, and the matter be set for status conference on May 8, 2012 at 9:30 a.m.

The parties have begun to explore possible resolutions of the case. Defense counsel seeks additional time to consider settlement options and continue discussions with counsel for the government.

To afford time to complete these tasks, the parties stipulate and agree that the time period between the signing of this order through and including May 8, 2012 should be excluded from the calculation of time

1  under the Speedy Trial Act.  The parties stipulate and agree that the
2  ends of justice served by granting this continuance outweigh the best
3  interests of the public and the defendant in a speedy trial pursuant to
4  18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon continuity of
5  counsel and defense preparation.

6  Dated:  April 17, 2012
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/Douglas Beevers*
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        TERRY SNIDER

13 Dated:  April 17, 2012               BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Douglas Beevers* for
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this

Stipulation/Order                    -2-

1  matter must be commenced beginning from the signing of this order through
2  and including May 8, 2012 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)
3  [reasonable time for defense counsel to prepare] and Local Code T4.
4      A new status conference date is hereby set for May 8, 2012 at
5  9:30 a.m.
6  Dated: April 17, 2012.

        /s/ John A. Mendez
        JOHN A. MENDEZ
        United States District Court Judge

Stipulation/Order                    -3-