BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-0141 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER RESETTING |
| | ) | TRIAL DATE AND EXCLUDING TIME FROM |
| v. | ) | THE SPEEDY TRIAL ACT |
| IMRAN MIR, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Imran MIR, by and through his counsel, Douglas Beevers, Esq., stipulate and agree that the currently-set trial date of October 22, 2012, should be continued to October 24, 2012, at 9:00 a.m.

The parties further stipulate that the time period from October 22, 2012, up to and including the new trial date of October 24, 2012, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18

U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defendant agrees that he needs additional time to prepare for trial, including the research and filing of pretrial motions, and further investigate potential defense witnesses and evidence to be presented at the trial of this defendant.  For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
United States Attorney

DATED: August 21, 2012        By:  /s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

DATED:  August 23, 2012       By:  /s/Jason Hitt
                                   Authorized to sign for
                                   Mr. Beevers on 08-21-12
                                   DOUGLAS BEEVERS, Esq.
                                   Attorney for Imran MIR

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The trial date of October 22, 2012, is vacated and reset to October 24, 2012, at 9:00 a.m.;

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from October 22, 2012, up to and including October 24, 2012.

**IT IS SO ORDERED.**

DATED: 8/22/2012         /s/ John A. Mendez
                         JOHN A. MENDEZ
                         United States District Court Judge