HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
IMRAN MIR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMRAN MIR,<br><br>Defendant. | Case No. Cr. S. 2:12-cr-00141-JAM<br><br>**STIPULATION AND ORDER RE: EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Judge: Hon. John A. Mendez |

Plaintiff, United States of America, through Assistant United States Attorney Jason Hitt, and Defendant Imran Mir, through Assistant Federal Defender Rachelle Barbour, hereby stipulate and request that the Court terminate Mr. Mir's term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Probation Office, through Probation Officer Paco Yee, concurs with this request. Mr. Mir's 72-month term of supervision began on December 27, 2019. Mr. Mir has completed almost five years of his six-year supervisory term. Mr. Mir has been on low-risk supervision since March 30, 2021, and is fully compliant.

The parties agree that Mr. Mir qualifies for early termination of his supervision under Title 18, section 3583(e)(1) of the United States Code, which authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

The Probation Office confirms that Mr. Mir has been in full compliance during his five years of supervision. In 2021, he was placed on low-risk supervision and has remained in compliance for over three-and-a-half years. With his stable employment and housing, and the emotional support of his family, Mr. Mir is well-positioned to continue effective self-management beyond the period of supervision.

The parties respectfully submit the Proposed Order below for the Court's signature.

Date: December 13, 2024

> HEATHER E. WILLIAMS
> Federal Defender
>
> */s/ RACHELLE BARBOUR*
> RACHELLE BARBOUR
> Attorney for Defendant
> Imran Mir

Date: December 13, 2024        PHILLIP A. TALBERT
United States Attorney

> */s/ JASON HITT*
> _____
> Assistant United States Attorney

**ORDER**

For the reasons set forth in the parties' stipulation, and with the support of the Probation Office, the Court hereby orders that Mr. Mir be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated: December 16, 2024        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE